855 A.2d 567

IN THE MATTER OF YALE M. FISHMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 002721988).

September 2, 2004.

### O R D E R

This matter having been duly presented to the Court, it is ORDERED that **YALE M. FISHMAN** of **CRANFORD**, who was admitted to the bar of this State in 1991, and who was suspended from the practice of law for a period of eighteen months effective August 30, 2002, by Order of this Court filed October 1, 2003, be restored to the practice of law, effective immediately.